FILED
18 OCT -8 PM 3:05
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: VPC   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2017 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ATALO FELIX-BELTRAN (1),<br>ARTURO FELIX-BELTRAN (2),<br>OSVALDO FELIX-BELTRAN (3),<br><br>Defendants. | Case No. **18 CR 4415 BAS**<br><br><u>I N D I C T M E N T</u><br><br>Title 21, U.S.C., Secs. 841(a)(1) and 846 - Conspiracy to Distribute Controlled Substances; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Controlled Substances with Intent to Distribute; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 21, U.S.C., Sec. 853 - Criminal Forfeiture |

The grand jury charges:

## Count 1

**CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCES**

Beginning on a date unknown to the grand jury and continuing up to and including September 13, 2018, within the Southern District of California, and elsewhere, defendants JOSE ATALO FELIX-BELTRAN, ARTURO BELTRAN, and OSVALDO BELTRAN did knowingly and intentionally conspire together with each other and with others known and unknown to the grand jury to distribute 400 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-

OBG:nlv:Imperial:10/10/18

piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

## Count 2

**POSSESS OF A CONTROLLED SUBSTANCES**

**WITH INTENT TO DISTRIBUTE**

On or about September 13, 2018, within the Southern District of California, defendants JOSE ATALO FELIX-BELTRAN, ARTURO FELIX-BELTAN, and OSVALDO FELIX-BELTRAN did knowingly and intentionally possess, with intent to distribute 400 grams and more, to wit: approximately 2.90 kilograms (6.38 pounds) of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

**FORFEITURE ALLEGATION**

1. The allegations contained in Counts 1 and 2 are re-alleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. Upon conviction of one or more of the felony offenses alleged in Counts 1 and 2 of this Indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendants JOSE ATALO FELIX-BELTRAN, ARTURO FELIX-BELTAN, and OSVALDO FELIX-BELTRAN shall forfeit to the United States all their rights, title and interest in any and all property constituting, or derived from, any proceeds the

defendants obtained, directly or indirectly, as the result of the offense, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts 1 and 2 of this Indictment.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property listed above as being subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853.

DATED: October 10, 2018.

A TRUE BILL:

_____
Foreperson

ADAM L. BRAVERMAN
United States Attorney

By: _____
ORLANDO B. GUTIERREZ
Assistant U.S. Attorney