ADAM L. BRAVERMAN
United States Attorney
ORLANDO B. GUTIERREZ
Assistant U.S. Attorney
California Bar No. 183745
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619)546-6958
Email: Orlando.Gutierrez@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 18CR04415-BAS |
|---|---|
| Plaintiff, | |
| v. | MEMORANDUM OF POINTS AND AUTHORITIES IN RESPONSE & OPPOSITION OF DEFEDNANTS' MOTIONS FOR DISCOVERY AND LEAVE TO FILE FURTHER MOTIONS |
| JOSE ATALO FELIX-BELTRAN (1), ARTURO FELIX-BELTRAN (2), and OSVALDO FELIX-BELTRAN (3), | |
| Defendants. | |

COMES NOW, the plaintiff, the UNITED STATES OF AMERICA, by and through its counsel, Adam L. Braverman, United States Attorney, and Orlando B. Gutierrez, Assistant United States Attorney, and hereby files its Motions in Response & Opposition of Defendants' Motions for Discovery and Leave to File Further Motions. These Motions are based upon the files and records of this case.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

# I.

## DEFENDANTS' MOTION TO COMPEL DISCOVERY SHOULD BE DENIED

As of the date of this motion, the United States has made available to Defendants: 86 PDF files (approx. 270 pages), 4 video files, 20 audio files, approximately 4.2 GB of data. Additional discovery will be produced as it becomes available. The discovery produced is, in many cases, in excess of what is required by Rule 16 of the Federal Rules of Criminal Procedure and the Jencks Act (now covered by Rule 26.2 of the Federal Rules of Criminal Procedure). As to the physical evidence, the United States will make it available for viewing by defense counsel at a mutually convenient time and place.

As to exculpatory information, the United States is well aware of its obligations under Brady v. Maryland, 373 U.S. 83 (1963) and Giglio v. United States, 405 U.S. 150 (1972) and will comply. The United States will also produce any evidence of bias/motive, impeachment or criminal investigation of any of its witnesses which it becomes aware of. An inquiry pursuant to United States v. Henthorn, 931 F.2d 29 (9th Cir. 1991) will also be conducted.

The United States will provide a list of witnesses in its trial memorandum. The grand jury transcript of any person who will testify at trial will also be produced.

The United States will provide information within its possession or control pertaining to the prior criminal history, if any, of the Defendant. The United States will provide prompt notice of its intent to offer any evidence it plans to introduce at trial under Fed R. Crim. Proc. 404(b). Additional discovery of any prior incident will be provided in discovery.

/ / /

/ / /

/ / /

/ / /

The United States will produce any reports of experts that it intends to use in its case-in-chief at trial or are material to the preparation of the defense. In view of the above-stated position of the United States concerning discovery, it is respectfully requested that no orders compelling specific discovery by the United States be made at this time.

## II.

## GOVERNMENT'S MOTION FOR RECIPROCAL DISCOVERY

**A. RULE 16(b)**

Defendants have invoked Federal Rule of Criminal Procedure 16(a) in his motion for discovery. Further, the Government will voluntarily comply with the requirements of Federal Rule of Criminal Procedure 16(a). Therefore, Rule 16(b) should presently be determined to be operable as to the defendant.

The Government, pursuant to Rule 16(b), hereby requests that the Defendants to permit the Government to inspect, copy, and photograph any and all books, papers, documents, photographs, tangible objects, or make copies of portions thereof, which are within the possession, custody or control of the Defendants and which he intends to introduce as evidence in his case-in-chief at trial. The Government further requests that it be permitted to inspect and copy or photograph any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this case, which are in the possession or control of the Defendants, which he intends to introduce as evidence-in-chief at the trial or which were prepared by a witness whom the defendant intends to call as a witness. The Government also requests that the court make such orders as it deems necessary under Rule 16(d)(l) and (2) to insure that the Government receives the discovery to which it is entitled.

///
///
///
///

3

## B. RULE 26.2

Federal Rule of Criminal Procedure 26.2 requires the production of prior statements of all witnesses, except the defendants'. The rule thus provides for the reciprocal production of Jencks statements.

The time frame established by the rule requires the statement to be provided after the witness has testified, as in the Jencks Act. Therefore, the Government hereby requests that the defendants be ordered to supply all prior statements of defense witnesses by a reasonable date before trial to be set by the Court. This order should include any form these statements are memorialized in, including but not limited to, tape recordings, handwritten or typed notes and/or reports.

## III.

## LEAVE TO FILE FURTHER MOTIONS

The United States has no objection to the filing of further motions by the Defendants so long as they are based on newly discovered evidence or discovery provided by the United State subsequent to the filing of Defendants' instant motion.

## IV.

## CONCLUSION

For the reasons stated above, the Government asks that the Court DENY Defendants' motions, except where unopposed, and GRANT the Government's motion for reciprocal discovery.

DATED: November 16, 2018

Respectfully Submitted,

ADAM L. BRAVERMAN
United States Attorney

/s/ Orlando Gutierrez
ORLANDO GUTIERREZ
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America

```
                    UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF CALIFORNIA
```

| UNITED STATES OF AMERICA, | Case No. 18CR4415-BAS |
|---|---|
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| JOSE ATALO FELIX-BELTRAN (1), ARTURO FELIX-BELTRAN (2), AND OSVALDO FELIX-BELTRAN (3),, | |
| Defendant. | |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893. I am not a party to the above-entitled action. I have caused service of the Government's Motions in Response & Opposition of Defendant's Motions for Discovery and Leave to File Further Motions all parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non ECF participants on this case: n/a

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 16, 2018.

/s/ Orlando Gutierrez
Orlando B. Gutierrez
Email: Orlando.Gutierrez@usdoj.gov
Attorneys for Plaintiff
United States of America